# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Andreea Melissa Olteanu,<br><br>          Plaintiff,<br><br>v.<br><br>Louis Schneider, et al.,<br><br>          Defendants. | Case No. 2:23-cv-02006-RFB-DJA<br><br>**Order** |

    This matter is before the Court on its review of the docket.  Plaintiff has been reminded on three occasions that she must file a certificate of interested parties pursuant to Local Rule 7.1-1. (ECF Nos. 4-6).  Plaintiff has yet to file this certificate.  The Court will thus order Plaintiff to file her certificate of interested parties on or before **April 15, 2024.**

    **IT IS THEREFORE ORDERED** that Plaintiff must file her certificate of interested parties on or before **April 15, 2024**.  **Failure to comply with this order may result in a recommendation by the undersigned to the assigned district judge that this case be dismissed**.  The Clerk of Court is kindly directed to mail a copy of this order to Plaintiff.

    DATED: March 15, 2024

                                                               DANIEL J. ALBREGTS<br>                                                               UNITED STATES MAGISTRATE JUDGE